IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| RUTH E. HANKINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JAMES EULE, M.D., ORTHOPEDIC PHYSICIANS ANCHORAGE, INC., | ) ) ) |
| Defendants. | ) ) |

Case No. 3AN-16-10380 CI

## ORDER OF FINAL JUDGMENT IN FAVOR OF JAMES EULE, M.D. AND ORTHOPEDIC PHYSICIANS ANCHORAGE, INC.

This Court, having considered Defendants' Motion for Entry of Final Judgment, and having no just reason to delay entry of final judgment,

IT IS HEREBY ORDERED that Defendants James Eule, M.D. and Orthopedic Physicians Anchorage, Inc.'s Motion for Entry of Final Judgment is GRANTED. FINAL JUDGMENT is hereby entered in favor of both Defendants on all claims brought by Plaintiff Ruth E. Hankins.

As the prevailing parties, James Eule, M.D. and Orthopedic Physicians Anchorage, Inc. are awarded attorney fees in the amount of $ _132,691.20_ [1] pursuant to Civil Rule 82(b)(2) and Rule 79 costs incurred in the amount of $ _N/A GA 6/24/2018_,[2] for a total judgment in favor of James Eule, M.D. and Orthopedic Physicians Anchorage, Inc. and against Plaintiff Ruth E. Hankins in the

---
[1] Date awarded: _____ Judge: _____
[2] Date awarded: _____ Clerk: _____

APR - 6 2018

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

EXHIBIT _B_

amount of $ 132,691.20 on which interest shall accrue at the statutory rate of 5.0% until paid in full.

DATED this 9 day of April, 2018, at Anchorage, Alaska.

/s/ Walker
HONORABLE HERMAN WALKER
Superior Court Judge

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the foregoing was ☒ mailed ☐ hand-delivered ☒ faxed ☐ emailed on the 6 day of April, 2018 to the following:

James W. Crowson
Crowson Law Group
637 A Street
Anchorage, Alaska 99501

Angela R. Bell/
4851-8052-0033, v. 1

I certify that on 4-25-18 a copy of the following was mailed/faxed/hand-delivered to each of the following at their addresses of record.

Administrative Assistant

J. Crowson
M. Rayburn
W. Traeger
T. Lamb

Cert. Copy present
4/26/18
SM

DELANEY WILES, INC.
SUITE 400
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

Order and Final Judgment
*Hankins v. Eule, et al.*, Case No. 3AN-16-10380 CI

EXHIBIT B   Page 2 of 2