Timothy J. Lamb
DELANEY WILES, INC.
1007 West 3rd Avenue, Ste. 300
Anchorage, AK 99501
Phone: (907) 279-3581
Fax: (907) 277-1331
tjl@delaneywiles.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| Triumvirate, LLC dba Tordrillo Mountain Lodge, <br><br> Petitioner, <br><br> v. <br><br> David Horvath, And Tracey Knutson In Her Official Capacity As Mr. Horvath's Attorney Of Record, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 3:22-cv-_____

## PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Petitioner Triumvirate, LLC dba Tordrillo Mountain Lodge, by and through

counsel, and pursuant to Local Civil Rule 7.3(f), hereby files this *Motion to File Documents*

*Under Seal*. Petitioner seeks to have the following Exhibit filed under seal:

(1) Exhibit A attached to Petitioner's *Motion and Memorandum to Reserve*

*Settlement Funds.*

Petitioner requests to file this Exhibit under seal because the referenced Exhibit A

is a confidential Settlement Agreement and therefore its contents are not to be discussed

with, or revealed to, the public.

DELANEY WILES, INC.
SUITE 300
1007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

For the reasons stated above, Petitioner requests that Exhibit A attached to Petitioner's *Motion and Memorandum to Reserve Settlement Funds* be filed under seal.

DATED this 15th day of _____Merch_____, 2022 at Anchorage, Alaska.

DELANEY WILES, INC.
Attorneys for Petitioners

Timothy J. Lamb
Alaska Bar Association No. 8409080

CERTIFICATE OF SERVICE
The undersigned hereby certifies that a copy of the
foregoing was ☐ mailed ☐ hand-delivered
☐ faxed ☑ emailed on the 16 day of march
2022 to the following:

Angela R. Bell
4889-5283-4070, v. 1

DELANEY WILES, INC.
SUITE 300
007 WEST 3RD AVENUE
ANCHORAGE, ALASKA
99501
(907) 279-3581
FAX (907) 277-1331

**Petitioner's Mot. To File Documents Under Seal**
*Trimvirate LLC vs. Horvath*, Case No. 3:22-cv-_____    Page **2** of **2**