IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TRIUMVIRATE, LLC, d/b/a Tordrillo Mountain Lodge,<br><br>    Petitioner,<br><br>vs.<br><br>DAVID HORVATH; and TRACEY KNUTSON, In Her Official Capacity as Mr. Horvath's Attorney of Record,<br><br>    Respondents. | Case No. 3:22-cv-00061-JWS<br><br>**ORDER** |

At docket 1, Triumvirate LLC moves for an order requiring Defendant Horvath's counsel, Tracey L. Knutson, to maintain $175,000 of the settlement proceeds presently in her trust account pending resolution of Triumvirate's claims to all or a portion of the $175,000. Defendant responded at docket 8 and Plaintiff's reply is at docket 9. The parties have submitted numerous exhibits in support of their positions. Oral argument has not been requested and is not needed.

After considering the parties' papers, the court concludes that Triumvirate is entitled to the equitable relief sought. The motion at docket 1 is GRANTED. Ms. Knutson shall retain $175,000 of the settlement proceeds in her trust account pending further order of this court.

IT IS SO ORDERED this 18th day of March, 2022, at Anchorage, Alaska.

/s/ *John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge